IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02541-BNB

DELAREE ROSS,

    Plaintiff,

v.

JOHN FRANK BORQUEZ (Aurora Police Officer),

    Defendant.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 12 2008

GREGORY C. LANGHAM
CLERK

## ORDER ASSIGNING CASE

Upon completion of the court's review pursuant to D.C.COLO.LCivR 8.1C, the court has determined that this case does not appear to be appropriate for summary dismissal and that the case should be drawn to a district judge and to a magistrate judge. *See* D.C.COLO.LCivR 8.1D. Pursuant to D.C.COLO.LCivR 40.1C.1., the case will be assigned to Judge Lewis T. Babcock and to Magistrate Judge Michael E. Hegarty. Accordingly, it is

ORDERED that this case shall be assigned to Judge Lewis T. Babcock pursuant to D.C.COLO.LCivR 40.1C.1., and to Magistrate Judge Michael E. Hegarty.

DATED December 12, 2008, at Denver, Colorado.

                BY THE COURT:

                s/ Boyd N. Boland
                United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-02541-BNB

Delaree Ross
1155 (A) Appleseed Ln
Olivette, MO 63132

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 12\12\08

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk