IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02541-LTB-MEH

DELAREE ROSS,

    Plaintiff,

v.

JOHN FRANK BORQUEZ (Aurora Police Officer),

    Defendant.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 12, 2009.**

    The Court construes Plaintiff's letter [filed February 10, 2009; docket #15] as a Motion to Vacate the Scheduling Conference, and the Motion is **granted in part** and **denied in part**. The Scheduling Conference set for **March 9, 2009, at 9:15 a.m.** is hereby **converted** to a Status Conference. Plaintiff may appear by phone for the Status Conference by calling Chambers at (303) 844-4507 at the designated time.