FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 1 2 2009

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02541-LTB-MEH

DELAREE ROSS,

    Plaintiff,

v.

JOHN FRANK BORQUEZ (Aurora Police Officer),

    Defendant.

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the Plaintiff leave to proceed *in forma pauperis* [docket #5]. It now is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from the Defendant. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the Defendant. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that the Defendant or counsel for the Defendant shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after service of process on the Defendant.

Dated this 11th day of March, 2009 in Denver, Colorado.

          BY THE COURT:

          s/Michael E. Hegarty
          Michael E. Hegarty
          United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-02541-LTB-MEH

Delaree Ross
2890 Magnolia St.
Denver, CO 80207

Delaree Ross
Denver County Jail
PO Box 1108
Denver, CO 80201

US Marshal Service
Service Clerk
Service forms for: John F. Borquez

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to the United States Marshal Service for service of process on John F. Borquez: COMPLAINT FILED 11/21/2008, SUMMONS, and NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 3/12/09.

                                      GREGORY C. LANGHAM, CLERK

                                      By                          
                                                    Deputy Clerk