IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02541-LTB-MEH

DELAREE ROSS,

    Plaintiff,

v.

JOHN FRANK BORQUEZ (Aurora Police Officer),

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 24, 2009.**

    Plaintiff's letter, construed as a Motion for the Court to Request Motions Transcript [filed March 19, 2009; docket #28], is **denied**. It is Plaintiff's responsibility to acquire discovery for her case, and the Court may not exercise jurisdiction over the proceedings in Adams County.

    A Telephonic Status Conference is hereby set in this matter for Tuesday, **April 21, 2009, at 9:30 a.m.** The parties shall call Chambers at (303) 844-4507 at the designated time.

    The Court informs Plaintiff that letters addressed to the Court are appropriate only for purposes of settlement. Any other requests to the Court must be submitted to the Clerk of Court as a Motion.