**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.   08-cv-02541-LTB-MEH

DELAREE ROSS,

       Plaintiff,

v.

JOHN FRANK BORQUEZ (Aurora Police Officer),

       Defendant.
_____

**ORDER**
_____

THIS MATTER having come before the Court on the Stipulation for Dismissal of the Individual Defendant With Prejudice and Substitution of City of Aurora as Defendant (Doc 44 - filed April 27, 2009), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE as to the Individual Defendant and the City of Aurora is substituted as Defendant herein,** each party to pay their own fees and costs.

                                  BY THE COURT:

                                    s/Lewis T. Babcock
                                  Lewis T. Babcock, Judge

DATED: April 28, 2009