**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.   08-cv-02541-LTB-MEH

DELAREE ROSS,

       Plaintiff,

v.

CITY OF AURORA,

       Defendant.
_____

**ORDER OF DISMISSAL**
_____

     THIS MATTER having come before the Court on the Stipulation for Dismissal With

Prejudice Pursuant to F.R.C.P. Rule 41(a)(1) (Doc 46 - filed April 30, 2009), and the Court

being fully advised in the premises, it is therefore

     ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to

pay their own fees and costs.

                    BY THE COURT:


                      s/Lewis T. Babcock
                    Lewis T. Babcock, Judge

DATED: May 1, 2009